**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP., | ) |
| | ) |
| | )    Case No. 23-cv-1961 |
| Plaintiff, | ) |
| | ) |
| | )     Judge Rebecca R. Pallmeyer |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BESTWAY

INFLATABLES & MATERIAL CORP. hereby dismisses with prejudice all causes of action in the

complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to

these Defendants. Each party shall bear its own attorney's fees and costs.

| <u>No.</u> | <u>Defendant</u> |
|---|---|
| 24 | ambrothers |
| 79 | Etotal Global US |
| 80 | fansfly |

The respective Defendants have not filed an answer to the complaint or a motion for summary

judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is

appropriate.

Respectfully submitted,

Dated: June 27, 2023    By:    s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
Bestway Inflatables & Material Corp.

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 27, 2023.

    s/Michael A. Hierl